## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: _____ <br><br> ___ First NOA in Case <br> ___ Subsequent NOA-same party <br> ___ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA   ___ Paper Supp. <br> Vols: _____ <br> Other: _____ | **District:** USDC Maryland <br><br> **Division:**  Baltimore <br><br> **Caption:** | **District Case No.:** <br><br> **4CCA No(s). for any prior NOA:** <br><br> **4CCA Case Manager:** |
|---|---|---|

**Exceptional Circumstances:**   ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness   ___ Other _____

| **Confinement**-Criminal Case**:** <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ___ In custody <br> ___ On bond <br> ___ On probation <br> **Defendant Address-**Criminal Case**:** | **Fee Status:** <br> ___ No fee required (USA appeal)     ___ Appeal fees paid in full     ___ Fee not paid <br> **Criminal Cases:** <br> ___ District court granted & did not revoke CJA status (continues on appeal) <br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
|---|---|
| **District Judge:** | **PLRA Cases**: <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): <br><br><br><br><br><br> **Coordinator**: | **Sealed Status** (check all that apply)**:** <br> ____ Portions of record under seal <br> ____ Entire record under seal <br> ____ Party names under seal <br> ____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable)**:** <br><br> ___ Assembled electronic record transmitted <br> ___ Additional sealed record emailed to 4cca-filing <br> ___ Paper record or supplement shipped to 4CCA <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | **Record Status for Counseled Appeals** (check any applicable)**:** <br><br> ___ Assembled electronic record available if requested <br> ___ Additional sealed record available if requested <br> ___ Paper record or supplement available if requested <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: |
|---|---|

Deputy Clerk: _____ Phone:_____     Date:_____

01/2012